JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BENJI MACAULAY,

    Petitioner,

   v.

WARDEN, et al.,

    Respondents.

) No. 2:25-cv-12444-AH-JDE
)
)
) JUDGMENT
)
)
)
)
)
)
)
)

Pursuant to the Order Accepting Amended Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition and First Amended Petition are denied and this action is dismissed with prejudice

Dated: MARCH 20, 2026

_____
ANNE HWANG
United States District Judge