UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BENJI MACAULAY,

               Petitioner,

       v.

WARDEN, et al.,

               Respondents.

No. 2:25-cv-12444-AH-JDE

AMENDED JUDGMENT  [JS-6]

Pursuant to the Order Accepting Amended Report and Recommendation of United States Magistrate Judge,

    IT IS ORDERED, ADJUDGED, AND DECREED that the Petition and First Amended Petition are denied and this action is dismissed without prejudice.

Dated: APRIL 28, 2026

_____

ANNE HWANG
United States District Judge